# EPSTEIN SACKS PLLC
## ATTORNEYS AT LAW
### 100 LAFAYETTE STREET - SUITE 502
### NEW YORK, N.Y. 10013
### (212) 684-1230
### Fax (212) 571-5507

BENNETT M. EPSTEIN: (917) 653-7116
SARAH M. SACKS: (917) 566-6196

February 5, 2025

Honorable Ona T. Wang
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

By email to Arraignment@nysd.uscourts.gov

*United States v. Joey Grant Luther*
25 Mag. 166 (UA)

Dear Magistrate Judge Wang:

    We represent Joey Grant Luther pursuant to the Criminal Justice Act. He was arrested on January 22, 2025 based on the above-captioned complaint. Magistrate Judge Cave set bail, which included having two co-signers sign the bond and Mr. Luther post his property in Miami as security. She released him and allowed for two weeks to satisfy these conditions.

    To date, one of Mr. Luther's co-signers has been approved by the US Attorney's Office and she has signed the bond. We write with the Government's consent to ask for more time to meet the other conditions. Specifically, we ask to have until Friday February 14, 2025 to have the second co-signer sign the bond and the property lien in place.      *OTW*

Respectfully submitted,

*Sarah M. Sacks*

Approved.

[signature]

Feb 5, 2025