# EPSTEIN SACKS PLLC
## ATTORNEYS AT LAW
### 100 LAFAYETTE STREET - SUITE 502
### NEW YORK, N.Y. 10013
### (212) 684-1230
### Fax (212) 571-5507

**BENNETT M. EPSTEIN: (917) 653-7116**
**SARAH M. SACKS: (917) 566-6196**

February 18, 2025

Honorable Sarah Netburn
United States Magistrate Judge
Southern District of New York
40 Foley Square
New York, NY 10007-1312

By Email to Arraignment@nysd.uscourts.gov

<u>United States v. Joey Grant Luther</u>
25 Mag. 166 (UA)

Dear Magistrate Judge Netburn:

    We represent Joey Grant Luther pursuant to the Criminal Justice Act. He was arrested on January 22, 2025 based on the above-captioned complaint. Magistrate Judge Cave set bail and released him to satisfy the conditions, which include in pertinent part his having to "surrender his aesthetician license and refrain from practicing or administering any beauty/aesthetic services while the case is pending" and secure his bond with an apartment he owns located in Miami, Florida.

    With respect to his license, we spoke to an attorney in the New York Department of State office, the agency that oversees Mr. Luther's aesthetician license, who told us that to them "surrender" is a term of art, and if he were to "surrender" his license there would be no opportunity for him to get it back under any circumstances. As we understand it, this is not what the Court intended since it provided for the possibility that Mr. Luther could reactivate his license, seemingly depending on the outcome of his case. The attorney at the Department of State informed us that making it a condition that he "suspend" his license through the pendency of his case would serve the purpose intended by the Court.

    For these reasons, we respectfully request that the Court amend Mr. Luther's bond conditions so that the condition with respect to his license direct him to "suspend his aesthetician license and refrain from practicing or administering any beauty/aesthetic services while the case is pending." With respect to posting his apartment in Miami, Mr. Luther needs additional time to perfect the security interest in the property. We ask that he be given until February 28, 2025 to meet this condition. We have discussed these matters with both pretrial services and the Government, neither of whom have any objection to these requests.

---

The bail modification requests are GRANTED.
**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    February 18, 2025
                New York, New York