UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOEY GRANT LUTHER,<br><br>Defendant. | **Affirmation in Support of Application for Order of Continuance**<br><br>25 Mag. 166 |

State of New York             )
County of New York          : ss.:
Southern District of New York )

　　　　Brandon C. Thompson, pursuant to Title 28, United States Code, Section 1746, hereby declares under penalty of perjury:

　　　　1. I am an Assistant United States Attorney in the Office of Matthew Podolsky, Acting United States Attorney for the Southern District of New York. I submit this affirmation in support of an application for an order of continuance of the time within which a preliminary hearing would have to be conducted or an indictment or information would have to be filed, pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure and 18 U.S.C. § 3161(h)(7)(A).

　　　　2. The defendant was charged in a complaint dated January 20, 2025, with violations of 18 U.S.C. §§ 1343, 545, and 2, and 21 U.S.C. §§ 331(k), 333(a)(1), 331(i)(3), 333(b)(8), 331(c), and 333(a)(2). The defendant was arrested on January 22, 2025, and was presented in this District before Magistrate Judge Sarah L. Cave on that same date, at which proceeding the defendant was represented by Sarah Sacks, Esq., and ordered released on bail with certain conditions.

　　　　3. At the presentment on January 22, 2025, a preliminary hearing was scheduled for February 12, 2025, after defense counsel consented to extend the deadline within which to conduct

a preliminary hearing. Under the Speedy Trial Act, the Government had until February 21, 2025 within which to file an indictment or information. *See* 18 U.S.C. § 3161(b).

4. On February 5, 2025, the Honorable Ona T. Wang entered an Order of Continuance pursuant to Rule 5.1(d) and 18 U.S.C. § 3161(h)(7)(A), extending the time within which a preliminary hearing would have to be conducted or an indictment or information would have to be filed in this case until March 14, 2025.

5. Defense counsel and I have had discussions regarding a possible disposition of this case. The parties plan to continue our discussions, but do not anticipate a resolution before March 14, 2025.

6. Therefore, the Government requests a 30-day continuance until April 13, 2025, to continue the foregoing discussions toward resolving this matter. On March 11, 2025, I personally corresponded with defense counsel, who stated that the defendant consents to an extension of the preliminary hearing and Speedy Trial Act deadlines to April 13, 2025, and has specifically consented to this request. This application has been authorized by Assistant United States Attorney Andrew Dember, Deputy Chief of the Criminal Division.

7. For the reasons stated above, good cause supports the extension of the preliminary hearing deadline, and the ends of justice served by the granting of the requested continuance outweigh the best interests of the public and defendant in a speedy trial.

Dated: New York, New York
      March 13, 2025

/s
_____
Brandon C. Thompson
Assistant United States Attorney
212-637-2444

2